IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A FINK M.D., | No. C 05-01241 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING STIPULATED DISMISSAL** |
| PENNSYLVANIA LIFE INSURANCE COMPANY, MASSACHUSETTS INDEMNITY AND LIFE INSURANCE COMPANY, and DOES 1 through 30, inclusive, | |
| Defendants. | |

It is the Court's understanding that a settlement was reached during a mediation session held on September 27, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **OCTOBER 18, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: September 28, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE