ORIGINAL

1  RICHARD P. TRICKER (Bar No. 101460)
   THOMAS J. KEARNEY (Bar No. 150202)
2  ANDERSON, McPHARLIN & CONNERS LLP
   Thirty-First Floor
3  444 South Flower Street
   Los Angeles, California 90071-2901
4  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594
   EMAIL:   rpt@amclaw.com
5           tjk@amclaw.com

6  Attorneys for Defendants PENNSYLVANIA LIFE
   INSURANCE COMPANY and PRIMERICA LIFE
7  INSURANCE COMPANY

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT A. FINK, M.D.,                    Case No. CV 05-1241 WHA

12         Plaintiff,                        STIPULATION RE DISMISSAL OF
                                             ENTIRE ACTION WITH PREJUDICE;
13     vs.                                   AND [PROPOSED] ORDER THEREON

14  PENNSYLVANIA LIFE INSURANCE
    COMPANY, MASSACHUSETTS
15  INDEMNITY AND LIFE INSURANCE
    COMPANY, and DOES 1 through 30,
16  inclusive,

17         Defendant.

18

19         IT IS HEREBY STIPULATED by and between plaintiff Robert A. Fink, M.D. ("Plaintiff")

20  and defendants Pennsylvania Life Insurance Company and Primerica Life Insurance Company,

21  formerly known as Massachusetts Indemnity and Life Insurance Company, through their

22  respective counsel of record, that:

23

24     1.    The parties hereto have entered into a Settlement Agreement and Mutual Release

25  whereby Plaintiff's Complaint on file in this action, and all claims and causes of action therein,

26  shall be dismissed in their entirety with prejudice;

27  ///

28  ///

2. That each party to this action shall bear his or its own attorney's fees and costs of suit in connection with this action.

DATED: October 19, 2005        MANNION & LOWE

                               By: _____
                               E. Gerard Mannion
                               Wesley M. Lowe
                               Attorneys for Plaintiff, ROBERT A. FINK, M.D.

DATED: October 20, 2005        ANDERSON, McPHARLIN & CONNERS LLP

                               By: _____
                               Richard P. Tricker
                               Thomas J. Kearney
                               Attorneys for Defendants PENNSYLVANIA LIFE
                               INSURANCE COMPANY and PRIMERICA LIFE
                               INSURANCE COMPANY

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that: (1) Plaintiff's Complaint on file in this action therein, and all claims and causes of action therein, shall be and hereby are dismissed in their entirety as to all defendants with prejudice; and (2) each party thereto shall bear his or its own attorney's fees and costs of suit in connection with this action. The Court retains no jurisdiction to enforce the settlement agreement.

DATED: 10/21/05

                               _____
                               UNITED STATES DISTRICT JUDGE

ANDERSON, McPHARLIN & CONNERS LLP
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 · FAX (213) 622-7594